# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: YOUNG, RONALDO A            § Case No. 13-82527
                                   §
                                   §
Debtor(s)                          §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>STEPHEN G. BALSLEY</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

U.S. Courthouse
327 South Church Street
Room 1100
Rockford, IL  61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 06/16/2014 in Courtroom 3100, United States Courthouse,
U.S. Courthouse
327 South Church Street
Courtroom 3100
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date:  / /                     By:     /s/ STEPHEN G. BALSLEY
                                                    Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611
sbalsley@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

In re: YOUNG, RONALDO A   § Case No. 13-82527
                          §
                          §
Debtor(s)                 §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

|  |  |
|---|---|
| *The Final Report shows receipts of* | $ 19,800.00 |
| *and approved disbursements of* | $ 57.12 |
| *leaving a balance on hand of* [1] | $ 19,742.88 |
| **Balance on hand:** | $ 19,742.88 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None |  |  |  |  |  |

|  |  |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 19,742.88 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 2,730.00 | 0.00 | 2,730.00 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 3,238.50 | 0.00 | 3,238.50 |

|  |  |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 5,968.50 |
| Remaining balance: | $ 13,774.38 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | | |
|---|---|---|---|
| | Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| | Remaining balance: | $ | 13,774.38 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $40,045.93 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3P | IRS | 40,045.93 | 0.00 | 13,774.38 |

| | | | |
|---|---|---|---|
| | Total to be paid for priority claims: | $ | 13,774.38 |
| | Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 174,814.53 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital One, N.A. | 406.85 | 0.00 | 0.00 |
| 2 | Credit First NA | 1,027.06 | 0.00 | 0.00 |
| 3U | IRS | 2,018.75 | 0.00 | 0.00 |
| 4 | eCAST Settlement Corporation, assignee | 6,880.26 | 0.00 | 0.00 |
| 5 | PYOD, LLC its successors and assigns as assignee | 28,772.47 | 0.00 | 0.00 |
| 6 | eCAST Settlement Corporation, assignee | 2,303.85 | 0.00 | 0.00 |
| 7 | US Department of Education | 6,263.29 | 0.00 | 0.00 |
| 8 | US Department of Education | 46,076.32 | 0.00 | 0.00 |
| 9 | US Department of Education | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9 -2 | US Department of Education | 76,973.24 | 0.00 | 0.00 |
| 10 | US Department of Education | 1,642.87 | 0.00 | 0.00 |
| 11 | Santander Consumer USA | 2,449.57 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/STEPHEN G. BALSLEY
Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611
sbalsley@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                        Case No. 13-82527-TML
Ronaldo A Young                                                               Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: kkrystave              Page 1 of 2               Date Rcvd: May 27, 2014
                              Form ID: pdf006              Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 29, 2014.
```
db          +Ronaldo A Young,    4000 Georgetown Circle,    Algonquin, IL 60102-6207
20743810    +Arlington Adult Dentistry,    1845 E. Rand Rd,    Arlington Heights, IL 60004-4359
20743811    +Asc,   Po Box 10328,    Des Moines, IA 50306-0328
20743812    +Atltletics LTD,    709 Enterprise Dr,    Oak Brook, IL 60523-8814
20743828   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court:   Fia Csna,    Po Box 982235,    El Paso, TX 79998)
20743813    +BB&B/CBSD,   Po Box 20363,    Attn: Centralized Bankruptcy,    Kansas City, MO 64195-0363
20743814    +Bk Of Amer,    Attn: Correspondence Unit/CA6-919-02-41,    Po Box 5170,
              Simi Valley, CA 93062-5170
20743824   ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court:   Citibank Na,    Attn: Centralized Bankruptcy,    Po Box 20363,
              Kansas City, MO 64195)
20743815    +Caf/Carmax Auto Finance,    Attn: Bankruptcy,    Po Box 440609,    Kennesaw, GA 30160-9511
21077399     Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
20743816    +Carribbean Vacation Prop,    3363 W. Commercial Blvd Suite 202,    Fort Lauderdale, FL 33309-3453
20743817    +Cfs Suntech/Chase,    9441 Lbj Freeway Ste 250,    Dallas, TX 75243-4640
20743819    +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
20743818    +Chase,   Po Box 24696,    Columbus, OH 43224-0696
20743821    +Chase,   Po Box 7013,    Indianapolis, IN 46207-7013
20743823    +Chase Home Equity,    Box 24714,    Columbus, OH 43224-0714
21084730    +Credit First NA,    Po Box 818011,    Cleveland, OH 44181-8011
20743826    +Credit First/CFNA,    Bk13 Credit Operations,    Po Box 818011,    Cleveland, OH 44181-8011
20743827    +EBI,   Lockbox 8506,    Box 8500,    Philadelphia, PA 19178-0001
20743831    +Gmac Mort.,   Po Box 4622,    Waterloo, IA 50704-4622
20743832    +Hsbc/bstby,   Po Box 30253,    Salt Lake City, UT 84130-0253
20743833    +Hsbc/hlzbg,   Po Box 30253,    Salt Lake City, UT 84130-0253
20743835    +McHenry County Ortho,    420 N.RT 31,    Crystal Lake, IL 60012-3718
20743836    +Medical Business Bureau,    Box 1219,    Park Ridge, IL 60068-7219
20743837    +Motorola Ecu,   1205 E. Algonquin Road,    Schaumburg, IL 60196-4040
20743838    +Santander,   Po Box 961245,    Ft Worth, TX 76161-0244
20743839    +Santander Auto Loans,    Box 660633,    Dallas, TX 75266-0633
21308451    +Santander Consumer USA,    P.O. Box 961245,    Ft Worth, TX 76161-0244
20743840    +Sears/cbna,   Po Box 6282,    Sioux Falls, SD 57117-6282
21308040     US Department of Education,    Claims Filing Unit,    PO Box 8973,    Madison, WI 53708-8973
20743841    +Us Dept Of Education,    Attn: Borrowers Service Dept,    Po Box 5609,    Greenville, TX 75403-5609
20743842    +Usdoe/glelsi,    2401 International,    Madison, WI 53704-3121
20743843    +Wells Fargo Home Mortgage,    Box 5296,    Carol Stream, IL 60197-5296
20743844    +Wf Fin Bank,    Attention: Bankruptcy,    Po Box 10438,    Des Moines, IA 50306-0438
20743845    +Wffinancial,    Attention: Bankruptcy,    Po Box 29704,    Phoenix, AZ 85038-9704
20743847    +Wfhm,   Po Box 10335,    Des Moines, IA 50306-0335
21158665     eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
              New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20743809     E-mail/Text: ebnbankruptcy@ahm.honda.com May 28 2014 01:02:37     American Honda Finance,
              Po Box 168088,    Irving, TX 75016
20743830    +E-mail/PDF: gecsedi@recoverycorp.com May 28 2014 01:18:43     GECRB / HH Gregg,
              Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
21075023    +E-mail/Text: cio.bncmail@irs.gov May 28 2014 01:01:47     IRS,   Box 7346,
              Philadelphia, PA 19101-7346
20743834    +E-mail/Text: bnckohlsnotices@becket-lee.com May 28 2014 01:01:37     Kohls/capone,    Po Box 3115,
              Milwaukee, WI 53201-3115
21289956    +E-mail/PDF: resurgentbknotifications@resurgent.com May 28 2014 01:17:43
              PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
              Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20743829*  ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court:   Fia Csna,    Po Box 982235,    El Paso, TX 79998)
20743825*  ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court:   Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20363,
              Kansas City, MO 64195)
20743820*    +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
20743822*    +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
20743846*    +Wffinancial,    Attention: Bankruptcy,    Po Box 29704,    Phoenix, AZ 85038-9704
21294879*     eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
              New York, NY 10087-9262
                                                                                   TOTALS: 0, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-3          User: kkrystave              Page 2 of 2              Date Rcvd: May 27, 2014
                              Form ID: pdf006              Total Noticed: 42
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2014                              Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 27, 2014 at the address(es) listed below:

```
          Darron  Burke    on behalf of Debtor Ronaldo A Young rockford@jordanpratt.com
          Gloria C  Tsotsos    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
           MORGAN STANLEY MORTGAGE LOAN TRUST 2005-10 nd-two@il.cslegal.com
          Mary R Jensen    on behalf of U.S. Trustee Patrick S Layng mary.r.jensen@usdoj.gov
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
          Stephen G Balsley    on behalf of Trustee Stephen G Balsley sbalsley@bslbv.com,    IL47@ecfcbis.com
          Stephen G Balsley    sbalsley@bslbv.com,    IL47@ecfcbis.com
                                                                                             TOTAL: 6
```