## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

In re: YOUNG, RONALDO A § Case No. 13-82527
§
§
Debtor(s) §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $312,600.00         Assets Exempt: $24,700.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $13,774.38     Claims Discharged
                                                Without Payment: $238,378.08

Total Expenses of Administration: $6,025.62

3) Total gross receipts of $ 19,800.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $19,800.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $291,370.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 6,025.62 | 6,025.62 | 6,025.62 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 18,660.68 | 40,045.93 | 40,045.93 | 13,774.38 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 75,818.00 | 251,787.78 | 174,814.53 | 0.00 |
| **TOTAL DISBURSEMENTS** | $385,848.68 | $297,859.33 | $220,886.08 | $19,800.00 |

4) This case was originally filed under Chapter 7 on July 18, 2013. The case was pending for 13 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/15/2014         By: /s/STEPHEN G. BALSLEY
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Loan due from GRN | 1229-000 | 19,800.00 |
| **TOTAL GROSS RECEIPTS** | | **$19,800.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | American Honda Finance | 4110-000 | 370.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Home Mortgage | 4110-000 | 270,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Santander | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Home Equity | 4110-000 | 18,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Asc | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Santander Auto Loans | 4110-000 | 3,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$291,370.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 2,730.00 | 2,730.00 | 2,730.00 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 3,238.50 | 3,238.50 | 3,238.50 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 14.84 | 14.84 | 14.84 |
| Rabobank, N.A. | 2600-000 | N/A | 15.03 | 15.03 | 15.03 |
| Rabobank, N.A. | 2600-000 | N/A | 17.25 | 17.25 | 17.25 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | $6,025.62 | $6,025.62 | $6,025.62 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3P | IRS | 5800-000 | 18,660.68 | 40,045.93 | 40,045.93 | 13,774.38 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $18,660.68 | $40,045.93 | $40,045.93 | $13,774.38 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One, N.A. | 7100-000 | 365.00 | 406.85 | 406.85 | 0.00 |
| 2 | Credit First NA | 7100-000 | 922.00 | 1,027.06 | 1,027.06 | 0.00 |
| 3U | IRS | 7100-000 | N/A | 2,018.75 | 2,018.75 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | eCAST Settlement Corporation, assignee | 7100-000 | 6,737.00 | 6,880.26 | 6,880.26 | 0.00 |
| 5 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 28,284.00 | 28,772.47 | 28,772.47 | 0.00 |
| 6 | eCAST Settlement Corporation, assignee | 7100-000 | 2,218.00 | 2,303.85 | 2,303.85 | 0.00 |
| 7 | US Department of Education | 7100-000 | N/A | 6,263.29 | 6,263.29 | 0.00 |
| 8 | US Department of Education | 7100-000 | 0.00 | 46,076.32 | 46,076.32 | 0.00 |
| 9 | US Department of Education | 7100-000 | N/A | 76,973.25 | 0.00 | 0.00 |
| 9 -2 | US Department of Education | 7100-000 | 0.00 | 76,973.24 | 76,973.24 | 0.00 |
| 10 | US Department of Education | 7100-000 | N/A | 1,642.87 | 1,642.87 | 0.00 |
| 11 | Santander Consumer USA | 7100-000 | 0.00 | 2,449.57 | 2,449.57 | 0.00 |
| NOTFILED | GECRB / HH Gregg | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank Na | 7100-000 | 9,661.00 | N/A | N/A | 0.00 |
| NOTFILED | Fia Csna | 7100-000 | 23,911.00 | N/A | N/A | 0.00 |
| NOTFILED | EBI | 7100-000 | 20.00 | N/A | N/A | 0.00 |
| NOTFILED | Fia Csna | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wfhm | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears/cbna | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Motorola Ecu | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wf Fin Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Medical Business Bureau | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | Wffinancial | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | McHenry County Ortho | 7100-000 | 150.00 | N/A | N/A | 0.00 |
| NOTFILED | Gmac Mort. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc/bstby | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wffinancial | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc/hlzbg | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Arlington Adult Dentistry | 7100-000 | 350.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bk Of Amer | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Carribbean Vacation Prop | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | BB&B/CBSD | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Atltletics LTD | 7100-000 | 2,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Cfs Suntech/Chase | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$75,818.00** | **$251,787.78** | **$174,814.53** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 13-82527  
**Case Name:** YOUNG, RONALDO A  

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 07/18/13 (f)  
**§341(a) Meeting Date:** 08/15/13  

**Period Ending:** 09/15/14  
**Claims Bar Date:** 12/09/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  4000 Georgetown Circle, Algonquin,IL, per Zillow | 280,000.00 | 0.00 | | 0.00 | FA |
| 2  checking account w/ Chase Bank | 500.00 | 0.00 | | 0.00 | FA |
| 3  older household furniture & personal belongings | 750.00 | 0.00 | | 0.00 | FA |
| 4  necessary wearing apparel | 300.00 | 0.00 | | 0.00 | FA |
| 5  watch | 50.00 | 0.00 | | 0.00 | FA |
| 6  401K | 18,000.00 | 0.00 | | 0.00 | FA |
| 7  2008 Acura RDX | 10,000.00 | 0.00 | | 0.00 | FA |
| 8  2005 Ford Focus | 3,000.00 | 0.00 | | 0.00 | FA |
| 9  GRN Chicago Northwest Stock (u) | 0.00 | 0.00 | | 0.00 | FA |
| 10 Loan due from GRN (u)   See Order to Compromise Controversy entered November 18, 2013. | 21,235.00 | 14,500.00 | | 19,800.00 | FA |
| 10  **Assets  Totals** (Excluding unknown values) | **$333,835.00** | **$14,500.00** | | **$19,800.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     June 1, 2014          **Current Projected Date Of Final Report (TFR):**     April 22, 2014  (Actual)

Printed: 09/15/2014 01:46 PM    V.13.15

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 13-82527  
**Case Name:** YOUNG, RONALDO A  

**Taxpayer ID #:** **-***1615  
**Period Ending:** 09/15/14  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2066 - Checking Account  
**Blanket Bond:** $598,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/11/13 | {10} | Georgetown Group, Inc. | Initial payment pursuant to Order to Compromise Controversy entered 11/18/13 | 1229-000 | 10,000.00 | | 10,000.00 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 9,990.00 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.84 | 9,975.16 |
| 02/03/14 | {10} | Ronaldo A. Young, Jr. | Monthly payment #1 pursuant to Order to Compromise Controversy entered 11/18/13 | 1229-000 | 2,450.00 | | 12,425.16 |
| 02/10/14 | {10} | Ronaldo A. Young, Jr. | Reversed Deposit 100002 1 Monthly payment #1 pursuant to Order to Compromise Controversy entered 11/18/13 | 1229-000 | -2,450.00 | | 9,975.16 |
| 02/19/14 | {10} | Ronaldo A. Young, Jr. | Monthly payment #1 pursuant to Order to Compromise Controversy entered 11/18/13 | 1229-000 | 2,450.00 | | 12,425.16 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.03 | 12,410.13 |
| 03/31/14 | {10} | Ronald A. Young, Jr. | Monthly payment #2 pursuant to Compromise Controversy entered 11/18/13 | 1229-000 | 2,450.00 | | 14,860.13 |
| 03/31/14 | {10} | Ronald A. Young, Jr. | Monthly payment #3 pursuant to Compromise Controversy entered 11/18/13 | 1229-000 | 2,450.00 | | 17,310.13 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.25 | 17,292.88 |
| 04/08/14 | {10} | Georgetown Group, Inc. | Monthly payment #4 (final) pursuant to Order to Compromise Controversy entered 11/18/13 | 1229-000 | 2,450.00 | | 19,742.88 |
| 06/16/14 | 101 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $3,238.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 3,238.50 | 16,504.38 |
| 06/16/14 | 102 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $2,730.00, Trustee Compensation; Reference: | 2100-000 | | 2,730.00 | 13,774.38 |
| 06/16/14 | 103 | IRS | Dividend paid 34.39% on $40,045.93; Claim# 3P; Filed: $40,045.93; Reference: | 5800-000 | | 13,774.38 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 19,800.00 | 19,800.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 19,800.00 | 19,800.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$19,800.00** | **$19,800.00** | |

{} Asset reference(s)

Printed: 09/15/2014 01:46 PM   V.13.15

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 13-82527 | | **Trustee:** | STEPHEN G. BALSLEY (330410) |
| --- | --- | --- | --- | --- |
| **Case Name:** | YOUNG, RONALDO A | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******2066 - Checking Account |
| **Taxpayer ID #:** | **-***1615 | | **Blanket Bond:** | $598,000.00  (per case limit) |
| **Period Ending:** | 09/15/14 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | **TOTAL - ALL ACCOUNTS** | | **Net<br>Receipts** | **Net<br>Disbursements** | **Account<br>Balances** |
| | | | **Checking # ******2066** | | 19,800.00 | 19,800.00 | 0.00 |
| | | | | | $19,800.00 | $19,800.00 | $0.00 |

{} Asset reference(s)                                                                                                             Printed: 09/15/2014 01:46 PM    V.13.15